# FOURTH DISTRICT.

John L. Culbreth, appellee, v. Board of Education of District No. 104, Madison County, Illinois, appellant.

Opinion filed May 29, 1933.

Francis J. Manning, for appellant.   Karl King Hoagland and Anthony W. Daly, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

Richard Rippley, appellee, v. Reilley Brothers, appellant.

Opinion filed May 29, 1933.

Green & Verlie, for appellant; Karl King Hoagland, of counsel. J. B. Harris, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

Oscar Liese et al., defendants in error, v. Jacob Helfrich et al., plaintiffs in error.

Opinion filed May 29, 1933.

Eugene W. Kreitner, for plaintiffs in error.   Arthur W. Peth and Jas. A. Farmer, for defendants in error.

Mr. Presiding Justice Barry delivered the opinion of the court.

W. R. McKernon, plaintiff in error, v. Arvilla S. Smith et al., defendants in error.

Opinion filed May 29, 1933.

Pillow & Pillow, for plaintiff in error.   W. S. Phillips, Joseph L. Bartley and C. K. Roedel, for defendants in error.

Mr. Justice Edwards delivered the opinion of the court.

Charles Brown, assignee of Lottie Smith, appellee, v. National Life and Accident Insurance Company, appellant.

Opinion filed May 29, 1933.

James K. Moran and Philip G. Listeman, for appellant.   Frank Summers, for appellee.

Mr. Justice Edwards delivered the opinion of the court.